United States District Court
Southern District of Texas
**ENTERED**
January 30, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CEDRIC BROWN, SPN #02381691, | § § § |
| Plaintiff, | § § |
| v. | § § § CIVIL ACTION NO. H-23-4281 |
| SHERIFF ED GONZALEZ, et al., | § § § |
| Defendants. | § |

**FINAL JUDGMENT**

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 30th day of January, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE